**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No.  09-cv-00950-PAB-MEH

JOHNSTOWN FEED & SEED, INC.,
WAYNE SPRENG and
RHONDA SPRENG,

    Plaintiffs,

v.

CONTINENTAL WESTERN INSURANCE COMPANY,

    Defendant.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal Without Prejudice [Docket No. 13].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion for Dismissal Without Prejudice [Docket No. 13] is granted.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED September 1, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer_____
                                      PHILIP A. BRIMMER
                                      United States District Judge